FAJARDO SUGAR GROWERS' ASSO., demandante y apelada, *v.* CENTRAL PASTO VIEJO, INC., ET AL., demandados-apelantes.

No. 4924 *

OPINIÓN DISIDENTE DEL JUEZ ASOCIADO SR. WOLF.

Al igual que en el caso de *Fernández* v. *González*, 41 D.P. R. 726, y 42 D.P.R. 992, la opinión del presente caso depende de la misma teoría o teorías que fueron enunciadas en el caso anterior. Sin embargo, me parece que aquí los hechos fueron, de serlo, ligeramente más claros, toda vez que el derecho a usar el camino aparentemente dependía en su totalidad de la existencia de un arrendamiento. Necesariamente al expirar el arrendamiento, el derecho al uso se extinguió y debió permitirse a los demandados probar la terminación de la existencia del arrendamiento y sus consecuencias. De lo contrario mi voto disidente en este caso se funda en mi disentimiento en el de *Fernández* v. *González, supra.*

* NOTA: Véase la opinión de la mayoría en el Tomo 41 D.P.R. 825 y la nota del repórter al pie de la página 970 de dicho Tomo.